■ EVELYN HOOD et al., Respondents, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Appellant.— Judgment, Supreme Court, Bronx County (Alfred J. Callahan, J.), entered on January 7, 1986, unanimously reversed, on the law and the facts and a new trial ordered solely on the issue of damages, without costs and without disbursements, unless plaintiffs Evelyn Hood and Leroy Hood, within 20 days after service upon their attorney of a copy of the order herein, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in their favor to $250,000 and $25,000, respectively, and to the entry of an amended judgment in accordance therewith. If plaintiffs so stipulate, the judgment, as so amended, is affirmed, without costs and without disbursements.

After review of the record, the damages appear to us to be excessive to the extent indicated. Concur—Sandler, J. P., Carro, Kassal, Ellerin and Wallach, JJ.

■ In the Matter of KENNETH KASE, for Reinstatement as an Attorney.—Motion by the Departmental Disciplinary Committee for the First Judicial Department to disaffirm report and for other relief denied, and cross motion by petitioner is granted insofar as to reinstate him as an attorney and counselor-at-law in the State of New York upon submission to this court by petitioner of proof of his successful completion of the Multistate Professional Responsibility Examination, and in accordance with rule 603.14 of the rules of this court (22 NYCRR), and upon the further order of this court. Concur— Murphy, P. J., Kupferman, Sullivan, Ellerin and Wallach, JJ.